(122 So. 700)

## Columbus. GAINES v. STATE. (7 Div. 894.)

Supreme Court of Alabama.  May 30, 1929.

S. W. Tate, of Anniston, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM.  Petition of Columbus Gaines for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Gaines v. State, 122 So. 699.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.